MOTION FOR Judgement of COMPLAINT

Ronald Hyde
PLAINTIFF

V

CO Shack, ETC ALL

CASE# 14CV6414
Judge Kennelly

FILED DC
MAR 12 2015 NF
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

The defendants were notified by the U.S. Marshall Service on 1-3-15 of my complaint and lawsuit. They had 60 days to file an answer to the lawsuit and have not done so. I request that Judgement in favor of plaintiff be rendered. The defendants have no grounds for appeal do to not complying with a response in the allowed time frame. The relief requested by Ronald William Hyde $60,000.00, Inmate Hubbard Thrasher recieve charge of sexual assault in the county of Will, and for commissary be given as a result of not responding in 60 days. It is now 3-7-15 65 days since they were notified by U.S. Marshals service. I ask the honorable judge to render verdict in favor of plaintiff Ronald William Hyde #M38869. Do to them being employees of Stateville Correctional Center they can send commissary through inmate property because every Wednesday Stateville property sends inmate property to my current facility Pinckneyville Correctional Center

P1

Do to me filing an amended complaint I can not use commessary forms previously filed, I am filing new commessary order form for remedy of commessary. I also ask the honorable judge to order defendants to comply with 30 day limit or be charged with contempt of court fine $10,000.00 and or 6 months in jail.

I Ronald William Hyde #M38869 do respectfully submit this motion in Northern District court to presiding Judge Matthew F. Kennelly. I Ronald William Hyde put motion and additional 2 copies in institutional mail on 3-7-15 Pinckneyville Correctional Center

Ronald William Hyde
#M38869  PNK
PO box 999
Pinckneyville, IL 62274

*Ronnie Hyde*

# State of Illinois – Department of Corrections
~~Pinckneyville Correctional Center~~
# Commissary Order

$ _____
Trust Fund Account Balance

Date _____ 20____

_____ AM/PM
Assignment

ID No. M38869  Name Ronald Hyde  House ____ Cell ____

| Quantity | Articles | Substitution |
|---|---|---|
| 4 | SHEETS | |
| 2 | BED SPREADS | |
| 1 | PAJAMA TOP XLG | |
| 1 | PAJAMA BOTTOM LG | |
| 1 | ~~DRAWERS~~ | |
| 1 | KNIT HAT | |
| 1 | BASEBALL CAP | |
| 1 | DENIM LINED COAT | |
| 2 | HEADPHONE EXTENTION | |
| 1 | MIRROR | |
| 1 | FINGERNAIL CLIPER | |
| 4 | HAIR FOOD | |
| 2 | COTTON SWABS | |
| 4 | DENTURE ADHESIVE | |
| 4 | EFFERDENT CLEANER | |
| 4 | LEGAL PAD | |
| 4 | NOTEBOOK | |
| 2 | FILLER PAPER | |
| 4 | TYPING PAPER | |
| 60 | WRITE OUTS | |
| 2 | PINOCHL CARDS | |
| 1 | THERMAL MUG | |
| 2 | TOWEL | |
| 2 | WASHCLOTH | |
| 5 | HOT SAUCE | |
| 4 | MOUTHWASH | |
| 12 | CHUNK HAM | |

DCA #260-53497 (eff. 04/00)
IL #426-23808

# State of Illinois – Department of Corrections
~~Pinckneyville Correctional Center~~

## Commissary Order

$ _____
Trust Fund Account Balance

Date _____ 20____

_____ AM/PM
Assignment

ID No. M38869   Name RINALD HYDE   House ____ Cell ____

| Quantity | Articles | Substitution |
|---|---|---|
| 5 | STRAWBERRY COOKIE | |
| 5 | CHOCOLATE COOKIES | |
| 6 | OATMEAL VARIETY | |
| 6 | TORTILLAS | |
| 6 | RICE | |
| 6 | CHEESY RICE | |
| 7 | VELVEETA HOT | |
| 7 | VELVEETA REG | |
| 5 | LITTLE DEBBIE | NUTTY BAR |
| 5 | OATMEAL CAKES | |
| 5 | STAR CRUNCH | |
| 7 | SWISS ROLL | |
| 4 | BROWNIE | |
| 12 | HONEY BUN | |
| 12 | GRAPE SODA | |
| 10 | ROOT BEER SODA | |
| 10 | MOONMIST | |
| 12 | ORANGE SODA | |
| 10 | MOUNTAIN DEW | |
| 10 | PEPSI | |
| 12 | COKE | |
| 10 | TASTERS CHOICE | |
| 10 | KEEFE | |
| 14 | COCOA HOT CHOCOLATE | |
| 20 | DANISH | |
| 20 | CANDY BARS | |
| 6 | NEUTROGENA SOAP | |

DCA #260-53497 (eff. 04/00)
IL #426-23808

# State of Illinois – Department of Corrections
~~Pinckneyville Correctional Center~~
# Commissary Order

$ _____
Trust Fund Account Balance

Date _____ 20 ____

_____ AM/PM
Assignment

ID No. M38869  Name Ronald Hyde  House ____ Cell ____

| Quantity | Articles | Substitution |
|---|---|---|
| 7 | PEANUT BUTTER | |
| 10 | POP TARTS | |
| 6 | BLACK BEANS | |
| 10 | BEEF STICK | |
| 8 | TUNA | |
| 6 | TUNA W HALAPENO | |
| 10 | SARDINES | |
| 10 | SARDINES HOT SAUCE | |
| 10 | MACKERAL | |
| 8 | SHREDDED BEEF | |
| 8 | BBQ PORK | |
| 10 | CHICKEN BREAST | |
| 10 | TURKEY STICK | |
| 5 | DIAL ROLL ON | |
| 5 | AMBI | |
| 3 | NOXZEAMA | |
| 3 | PATROLEUM JELLY | |
| 4 | LOTION | |
| 4 | COCO LOTION | |
| 6 | VOS CONDITIONER | |
| 24 | CANDY BARS | |
| 6 | SNICKERS BITES | |
| 10 | HOSTESS CAKES | |
| 1 | EAR WARMER | |
| 1 | PAPR GLOVES | |
| 24 | SPICEY CHICKEN NOODLES | |
| 24 | CHICKEN NOODLES | |

DCA #260-53497 (eff. 04/00)
IL #426-23808

# State of Illinois – Department of Corrections
~~Pinckneyville Correctional Center~~
# Commissary Order

$ _____
Trust Fund Account Balance

Date _____ 20 ____

_____ AM/PM
Assignment

ID No. M38869  Name RINALD HYDE  House ____ Cell ____

| Quantity | Articles | Substitution |
|---|---|---|
| 1 | T.V. DIGITAL | |
| 1 | FAN | |
| 1 | LIGHT | |
| 1 | NORELCO RAZOR TRIMMER | |
| 1 | HOT POT | |
| 1 | COAX CABLE | |
| 1 | 3 PRONG ADAPTER | |
| 1 | AUDIO ADAPTER | |
| 1 | BEARD TRIMMER | |
| 1 | CABLE SPLITTER | |
| 1 | CALCULATOR | |
| 1 | TYPEWRITER | |
| 1 | WATCH | |
| 4 | AA BATTERY | |
| 2 | EXTEN CORD 6 FT | |
| 1 | KOSS EARBUDS | |
| 2 | BRO CORRECTION RIBBON | |
| 2 | SWT CORRECTION RIBBON | |
| 2 | BRO TYPEWRITER RIBBON | |
| 2 | SWT TYPEWRITER RIBBON | |
| 4 | BOXER BRIEF MED | |
| 4 | TSHIRT XLG | |
| 4 | SOCKS | |
| 2 | SWEAT PANTS W POCKETS LG | |
| 2 | SWEAT SHIRTS XLG | |
| 2 | THERMAL BOTTOM LG | |
| 2 | THERMAL TOP XLG | |

DCA #260-53497 (eff. 04/00)
IL #426-23808

# Commissary Order

$ _____
Trust Fund Account Balance

Date _____ 20____

_____ AM/PM
Assignment

ID No. _M38869_ Name _Ronald Hyde_ House ____ Cell ____

| Quantity | Articles | Substitution |
|---|---|---|
| 1 | Nike Running Shoe | 7½ |
| 1 | Deluxe Work Boot | 7½ |
| 6 | Colgate Max Fresh | |
| 24 | Wisk Laundry Detergent | |
| 4 | Ivory Soap | |
| 4 | Fresh Spring | |
| 4 | Next 1 Sport Bar | |
| 4 | Next 1 Moisture Bar | |
| 4 | Next 1 Cocobuter | |
| 4 | Elements Eucalyptus | |
| 4 | Elements Dandruff | |
| 4 | Elements | |
| 4 | Dental Loops | |
| 4 | Speed Stick | |
| 4 | Elements Aloe | |
| 6 | Colgate Gel | |
| 4 | Grape Jelly | |
| 4 | Strawberry Jelly | |
| 4 | Berri Bunch Cereal | |
| 4 | Frosted Flake Cereal | |
| 4 | Oatmeal Cereal | |
| 6 | Coast Soap | |
| 4 | Cinnamon Toast Cereal | |
| 8 | Hot-Spicey Sausage | |
| 8 | Hot Chilli | |
| 8 | Regular Chilli | |
| 8 | Soft Batch Cookie | |